ATLANTA, BIRMINGHAM & ATLANTIC RAILROAD CO. *v.* SMITH.

PER CURIAM. The members of the court are equally divided as to whether there should be a new trial of this case. Fish, C. J., and Lumpkin and Atkinson, JJ., are of the opinion that a new trial should be granted because of certain rulings of the court complained of. Evans, P. J., and Beck and Holden, JJ., are of the opinion that no errors of law were committed, and that the verdict is supported by the evidence. The judgment of the court below, therefore, stands *affirmed* by operation of law.                                        *Judgment affirmed.*

Argued February 6,—Decided August 13, 1909.

Action for damages. Before Judge Freeman. Troup superior court. February 18, 1908.

*Rosser & Brandon* and *Hatton Lovejoy,* for plaintiff in error.

*E. T. Moon* and *A. H. Thompson,* contra.